UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| RUSSELL LEE ROBERTS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-24 |
| v. ) | |
| ) | Judge Mattice |
| MICHAEL S. ASTRUE, ) | Magistrate Judge Lee |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On March 1, 2013, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 15) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 17) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. Nevertheless, the Court has reviewed the Report and Recommendation as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Judgment on the Pleadings (Doc. 15) is **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED**;

- The decision of the Commissioner is **AFFIRMED**; and

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 5th day of June, 2013.

                                                   ____/s/ *Harry S. Mattice, Jr.*_____
                                                   HARRY S. MATTICE, JR.
                                                   UNITED STATES DISTRICT JUDGE